IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIONTA REMARO CHEVELLE HAYWOOD,

                          Plaintiff,

ORDER

3:07-cv-341-bbc

    v.

MARATHON COUNTY SHERIFF
and RICKY BELL,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this closed case, plaintiff Dionta Haywood has submitted a letter dated November 25, 2007, asking for "paperwork from the initial filing date until the case was dismissed without prejudice." The record shows that the orders entered August 3, 2007 (Dkt. #4) and August 24, 2007 (Dkt. #5), and the judgment entered August 22, 2007 (Dkt. #6), were mailed to plaintiff at the time they were entered and mailed again to his current address at the Marathon County Jail on November 5, 2007. It does not appear that the orders entered June 22, 2007 (Dkt. #2) and July 2, 2007 (Dkt. #3) were mailed to plaintiff at the Marathon County jail. Therefore, I am enclosing a copy of the June 22 and July 2 orders to plaintiff with a copy of this order.

It appears also that plaintiff is requesting in his November 25 letter that counsel be

1

appointed to assist him in filing a motion to reopen his case. It is not the court's practice to appoint counsel outside the context of a pending lawsuit. If plaintiff wishes to pursue the matter, he will first have to move to reopen the case himself, unless he is able to find a lawyer to do it for him. If the court permits plaintiff to proceed with the lawsuit, he will then be able to renew his request for appointment of counsel. However, plaintiff should be aware that before counsel can be appointed in any case, he must make reasonable efforts to secure counsel on his or her own. Before asking the court to appoint counsel, plaintiff should be prepared to provide proof that he has contacted at least three lawyers to request representation and that all of his requests were declined.

Accordingly, IT IS ORDERED, that plaintiff's motion for appointment of counsel is DENIED.

Entered this 5th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge