# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DIONTA REMARO CHEVELLE HAYWOOD,

      Plaintiff,

   v.

MARATHON COUNTY SHERIFF,
RICKY BELL and MICHAEL SCHAEFER,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-341-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____3/17/09_____
Date